IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 21 CV 7862 (JPO) |
| ROBERT G. LOPEZ, an individual, | ) ) ) ) |
| Defendant. | ) |

### NOTICE OF DEFENDANT ROBERT G. LOPEZ'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(6)

**PLEASE TAKE NOTICE**, that upon the accompanying Memorandum of Law and Declaration of Robert G. Lopez, Pro Se Defendant, Robert G. Lopez, will move this Court, at a date and time convenient for the Court, for an order dismissing the claims against Defendant Robert G. Lopez filed by the City of New York pursuant to Federal Rule of Civil Procedure 12(b)(6) and granting Pro Se Defendant Robert G. Lopez such other and further relief as the Court deems just and proper.

Dated: December 6, 2021
New York, New York

Respectfully submitted,
Robert G. Lopez – Pro Se

_____
Robert G. Lopez
Pro Se Defendant
230 Clinton Street – Apt. #11C
New York, New York 10002
(917) 868-1698