UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF NEW YORK,

                Plaintiff,

      -v-

ROBERT G. LOPEZ,

                Defendant.

21-CV-7862 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    For the reasons stated on the record at the hearing on December 14, 2021, the Court will treat Defendant Robert G. Lopez's motion to dismiss as a motion to set aside the default. Defendant shall supplement his submission to set the default with any additional arguments on or before January 14, 2022.

    Furthermore, for the reasons stated on the record, the Court intends to grant the City's motion for a preliminary injunction. The City shall submit a proposed order on or before December 17, 2021.

    The Clerk of Court is directed to mail and email a copy of this Order to the *pro se* defendant in this matter.

    SO ORDERED.

Dated: December 14, 2021
       New York, New York

                                                _____
                                                    J. PAUL OETKEN
                                                  United States District Judge