## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 21-CV-7862 (JPO) |
| ROBERT G. LOPEZ, an individual | ) ) ) |
| Defendant. | ) ) |

### NOTICE OF APPEAL

Notice is hereby given that Defendant, Robert G. Lopez hereby appeals to the United States Court of Appeals for the Second Circuit from the Order granting a preliminary injunction in this action on December 21, 2021.

Dated: January 20, 2022
New York, NY

Respectfully submitted,
Robert G. Lopez – Pro Se

By: _____

Robert G. Lopez
Pro Se Defendant
230 Clinton Street – #11C
New York, New York 10002
(917) 868-1698

RECEIVED
SDNY PRO SE OFFICE
2022 JAN 20 PM 12:21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

)
)
)
)
)     Civil Action No. 21-CV-7862 (JPO)
)
)
)
)
)

### NOTICE OF APPEAL

Notice is hereby given that Defendant, Robert G. Lopez hereby appeals to the United States Court of Appeals for the Second Circuit from the Order granting a preliminary injunction in this action on December 21, 2021.

Dated: January 20, 2022
New York, NY

Respectfully submitted,
Robert G. Lopez – Pro Se

By: _____

Robert G. Lopez
Pro Se Defendant
230 Clinton Street – #11C
New York, New York 10002
(917) 868-1698

Court Name: District Court
Division: 1
Receipt Number: 465401292514
Cashier ID: Smcleod
Transaction Date: 01/20/2022
Payer Name: ROBERT LOPEZ

NOTICE OF APPEAL/DOCKETING FEE
For: ROBERT LOPEZ
Amount:        $505.00

CREDIT CARD
Amt Tendered:  $505.00

Total Due:      $505.00
Total Tendered: $505.00
Change Amt:     $0.00

APPEAL
21CV7862

RECEIVED
SDNY PRO SE OFFICE
2022 JAN 20 PM 12:21