UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CITY OF NEW YORK,

                Plaintiff,

-v-

ROBERT G. LOPEZ,

                Defendant.

21-CV-7862 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

On November 3, 2023, Plaintiff moved to dismiss Defendant's second counterclaim for abuse of process and to strike several of his affirmative defenses. (Dkt. No. 78.) Defendant's response was due by December 1, 2022. Defendant has yet to submit a response.

If Defendant fails to respond to the motion to dismiss by January 24, 2023, the motion to dismiss will be treated as unopposed.

The Clerk of Court is directed to mail a copy of this Order to the pro se Defendant.

SO ORDERED.

Dated: January 3, 2023
      New York, New York

_____
J. PAUL OETKEN
United States District Judge