UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK, | |
| Plaintiff, | |
| -v- | 21-CV-7862 (JPO) |
| | ORDER |
| ROBERT G. LOPEZ, | |
| Defendant. | |

J. PAUL OETKEN, District Judge:

Pending before the Court is Plaintiff City of New York's motion to dismiss Defendant

Robert G. Lopez's Second Counterclaim for Abuse of Process and to strike 22 of his 27

affirmative defenses.[1]  (ECF No. 78.)  Defendant failed to respond to the motion by the

applicable deadline, despite a warning that failure to do so would cause Plaintiff's motion to be

treated as unopposed.  (ECF No. 81.)

While Plaintiff's motion is unopposed, this alone does not justify dismissal.  "In deciding

an unopposed motion to dismiss, a court is to assume the truth of a pleading's factual allegations

and test only its legal sufficiency."  *Haas v. Com. Bank*, 497 F. Supp. 2d 563, 564 (S.D.N.Y.

2007) (citation omitted).  Having assumed the truth of Defendant's factual allegations, the Court

concludes that Defendant has failed to state a claim to relief that is plausible on its face.  *Bell Atl.*

*Corp. v. Twombly*, 550 U.S. 544, 570 (2007).  Plaintiff's motion to dismiss the Second

Counterclaim for Abuse of Process is granted substantially for the reasons stated in its moving

brief.  (ECF No. 79 at 2 – 5.)  Leave to amend the Counterclaim is denied on the basis of futility.

---

[1] The Court assumes familiarity with the underlying facts in this case, as discussed in its
Opinion and Order dated September 22, 2022.  (ECF No. 76.)

The Court may grant a motion to strike an "insufficient defense or any redundant, immaterial, impertinent, or scandalous matter." Fed. R. Civ. P. 12(f). The motion to strike affirmative defenses is granted substantially for the reasons outlined in Plaintiff's moving brief. (*See* ECF No. 79 at 7 – 17.)

The parties shall appear for a telephonic status conference in this matter on September 12, 2023 at 3:00 p.m. At the scheduled time the parties should call (888) 557-8511 and enter access code is 9300838.

Plaintiff's motion to dismiss and to strike is GRANTED. The Clerk of Court is directed to close the motion at ECF No. 78.

SO ORDERED.

Dated:  August 9, 2023
New York, New York

_____
J. PAUL OETKEN
United States District Judge

2