UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CITY OF NEW YORK,<br><br>                          Plaintiff,<br><br>           -v-<br><br>ROBERT G. LOPEZ,<br><br>                          Defendant. | 21-CV-7862 (JPO)<br><br>ORDER |

J. PAUL OETKEN, District Judge:

By order dated August 9, 2023, this Court scheduled a telephone conference in this case for September 12, 2023.  The *pro se* Defendant, Robert G. Lopez, did not appear for the September 12 telephone conference.

Defendant Lopez shall, by October 12, 2023, submit a letter stating whether he intends to participate in the defense of this case.

The Court encourages the parties to seek to reach a resolution of this case.

The Clerk of the Court is directed to mail a copy of this order to the *pro se* Defendant.

SO ORDERED.

Dated: September 12, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge