**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
CITY OF NEW YORK,                                           :
                                                            :
                                Plaintiff,                  :       21-CV-7862 (JPO) (OTW)
                                                            :
                -against-                                   :
                                                            :       ORDER
                                                            :
ROBERT G. LOPEZ,                                            :
                                                            :
                                Defendant.                  :
                                                            :
                                                            :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The parties are directed to file separate status letters on the docket by **October 21, 2024,** apprising the Court on the status of the case, including any progress made in discovery.

The Court will hold an In-Person Status Conference on **Wednesday, November 6, 2024, at 12:00 p.m.** in Courtroom 20D, 500 Pearl Street, New York, NY 10007. The parties are directed to meet and confer and file a new joint proposed 26(f) Report by **Friday, November 1, 2024.**

Plaintiff is directed to serve a copy of this Order on the Defendant and file proof of service on the docket.

**SO ORDERED.**

Dated: October 10, 2024
New York, New York

_s/ Ona T. Wang_
**Ona T. Wang**
United States Magistrate Judge