**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
CITY OF NEW YORK,

        Plaintiff,

        -against-

ROBERT G. LOPEZ,

        Defendant.

------------------------------------------------------------x

21-CV-7862 (JPO) (OTW)

**ORDER**

    **ONA T. WANG**, **United States Magistrate Judge**:

    The Court held a Status Conference on November 6, 2024. As ORDERED at the November 6 conference, the parties are directed to file separate status letters by **November 22, 2024,** apprising the Court on the progress of discovery. The parties are further directed to file separate status letters on **December 20, 2024,** and on the last business Friday of each month thereafter.

    *Pro se* Defendant Lopez was also directed to sign up for access to Case Management/Electronic Case Files (CM/ECF) and to make all future filings in this case through CM/ECF. The Court will not accept any status letters, motions, or other filings by email.

Plaintiff is directed to serve a copy of this Order on the Defendant and file proof of service on the docket.

**SO ORDERED.**

|  |  |
|---|---|
| Dated: November 6, 2024<br>New York, New York | _s/ Ona T. Wang_<br>**Ona T. Wang**<br>United States Magistrate Judge |