**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
CITY OF NEW YORK,                              :
                                               :
                    Plaintiff,                 :    21-CV-7862 (JPO) (OTW)
                                               :
           -against-                           :    ORDER
                                               :
ROBERT G. LOPEZ,                               :
                                               :
                    Defendant.                 :
                                               :
------------------------------------------------------------x
```

**ONA T. WANG**, **United States Magistrate Judge**:

The Court is in receipt of ECF 113 and 114.

Defendant is directed to file a letter response to Plaintiff's letter motion to compel by **December 20, 2024.** Defendant is reminded that while the Court encouraged the parties at the November 6, 2024, conference to take a "flexible" approach to discovery, (ECF 110), under Rule 33 of the Federal Rules of Civil Procedure, answers to interrogatories must be signed and made under oath. Defendant is further directed, as part of his December 20 letter response, to indicate whether the emails attached at ECF 113-1 and 113-2 are statements he intended to be made under oath, or if he intends to submit separate signed responses under oath. If Defendant intends to submit separate letters, they must be signed under oath, under penalty of perjury, in compliance with Rule 33 and delivered to Plaintiff by **January 17, 2025.** If Plaintiff wishes to renew their motion or bring other inconsistencies to the Court's attention, they may do so by **January 31, 2025.**

Plaintiff is directed to serve a copy of this Order on the Defendant and file proof of service on the docket.

**SO ORDERED.**

Dated: December 13, 2024
New York, New York

*s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge